**CT Corporation**

**Service of Process
Transmittal**
11/25/2020
CT Log Number 538656251

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Anderson Antonette, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL<br>Case # 20CA009115 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 04/15/2020 at 11110 Causeway Boulevard, in Brandon, Hillsborough County, Florida |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/25/2020 at 02:09 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | George Costas Andriotis<br>Andriotis Law Firm P.A.<br>11 E Tarpon Ave<br>Tarpon Springs, FL 34689-3449<br>727-937-1400 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/25/2020, Expected Purge Date: 11/30/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / GP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Wed, Nov 25, 2020

**Server Name:**             Warren Sua

| Entity Served | WALMART INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 20-CA-009115 DIVISION: F |
| Jurisdiction | FL |



Date of Service: 12.23.20
Time of Service:
Server Initials: WJE
Server ID: 1541

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIRCUIT CIVIL DIVISION

**Antonette Anderson**                                   Case No.: **20-CA-009115**
Plaintiff(s)
vs

**Walmart Inc.**                                              Division F
Defendant(s)

### SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:
     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Walmart Inc.**

**c/o CT Corporation System**
**1200 South Pine Island Road**
**Plantation FL  33324**

     Each defendant is required to serve written defenses to the complaint or petition on GEORGE COSTAS ANDRIOTIS , plaintiff's attorney, whose address is **ANDRIOTIS LAW FIRM PA   11 E TARPON AVE   TARPON SPRINGS FL  34689** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.
**DATED** on November 20, 2020.
Attorney: GEORGE COSTAS ANDRIOTIS
Attorney For: Antonette Anderson
Address: ANDRIOTIS LAW FIRM PA
11 E TARPON AVE
TARPON SPRINGS FL  34689

PAT FRANK
CLERK OF THE CIRCUIT COURT

*Pat Frank*

PAT FRANK, CLERK

Florida Bar No: 35260

Prepared By:Elgin Welch, Deputy Clerk
P.O. Box 3360                          800 E Twiggs St
Tampa, FL 33601                     Room 101
                            Tampa FL 33602
        (813)276-8100

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Electronically Filed: Hillsborough County / 13th Judicial Circuit

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite,

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

## Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

ANTONETTE ANDERSON,

      Plaintiff,

vs.

WALMART INC.,

      Defendant.

_____/

CASE NO.: 20-CA-009115
DIVISION:

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, ANTONETTE ANDERSON, and sues Defendant, WALMART, INC., and alleges:

1.      This is an action for damages that exceed THIRTY THOUSAND DOLLARS ($30,000.00), excluding fees and costs.

2.      Defendant, WALMART, INC., is a foreign corporation doing business in the state of Florida, and such corporation has an agent or other representative in Hillsborough County, Florida.

3.      On or about April 15, 2020, Defendant, WALMART, INC., was the owner, and in possession and control of a certain business premises located at 11110 Causeway Boulevard, in Brandon, Hillsborough County, Florida.

4.      At that time and place Plaintiff, ANTONETTE ANDERSON, was lawfully on the premises of Defendant, WALMART, INC., for the purpose of shopping and getting her battery charged, when she sitting on a table that gave out beneath her and suffered such injuries as are more fully described hereinafter.

## COUNT I
## NEGLIGENT MAINTENANCE

5.      Plaintiff adopts and re-alleges paragraphs one (1) through four (4) above as if fully set forth herein.

6.      Defendant, WALMART, INC., had a duty to provide a safe environment for patrons.

7.      Defendant, WALMART, INC., had a duty to ensure a hazard free environment.

8.      Defendant, WALMART, INC., through its agents and employees, breached the above described duties in the following ways:

      a.      Creating the condition which caused Plaintiff's injury;

      b.      Failing to maintain its location in a reasonably safe condition.

9.      As a direct and proximate result of the above-referenced negligence of Defendant, WALMART, INC., Plaintiff suffered bodily injury and resulting pain and suffering, loss of capacity for the enjoyment of life, expense of medical nursing care and treatment.  The losses are either permanent or continuing and the Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff, ANTONETTE ANDERSON, demands judgment for costs and damages against Defendant, WALMART, INC., and demands a trial by jury.

## COUNT II
## NEGLIGENT FAILURE TO WARN

10.     Plaintiff adopts and re-alleges paragraphs one (1) through four (4) above as if fully set forth herein.

11.     Defendant, WALMART, INC., had a duty to warn of dangerous conditions.

12.     Defendant, WALMART, INC., was negligent and breached the above described duty including, but not limited to, the following ways:

a.     failing to warn of the dangerous conditions which existed on its premises.

13.     As a direct and proximate result of the above-referenced negligence of Defendant, WALMART, INC., Plaintiff suffered bodily injury and resulting pain and suffering, loss of capacity for the enjoyment of life, expense of medical nursing care and treatment.  The losses are either permanent or continuing and the Plaintiff will suffer losses in the future.

WHEREFORE Plaintiff, ANTONETTE ANDERSON, demands judgment for damages against Defendant, WALMART, INC., and demands a trial by jury.

## DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516

GEORGE C. ANDRIOTIS, ESQUIRE as attorney for Plaintiff, ANTONETTE ANDERSON, hereby designates, pursuant to Rule 2.516 the following e-mail address for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

Primary E-Mail Address:     litigation@gcalawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the Defendant via service of process.

ANDRIOTIS LAW FIRM, P.A.

GEORGE C. ANDRIOTIS, ESQUIRE
FBN:  35260
11 East Tarpon Avenue
Tarpon Springs, Florida 34689-3449
Telephone: (727) 937-1400
Facsimile: (727) 937-1411
Service: litigation@gcalawfirm.com
Attorney for Plaintiff